■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD ALEXANDRIA, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pincus, J.), rendered March 7, 1985, convicting him of rape in the first degree and sodomy in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The prosecutrix's summation at trial did not deny the defendant his right to a fair trial *(see, People v Shanis,* 36 NY2d 697). Any possible error committed by the prosecutrix in repeating her remarks concerning the slowness of the criminal justice system over the sustained objection of the defendant's counsel was cured by the Trial Judge's prompt curative instructions *(see, People v Galloway,* 54 NY2d 396). Finally, the prosecutrix's suggestion that the jury consider the complainant's lack of motivation to lie was a proper comment in response to defense counsel's repeated questioning of the complainant's credibility during her closing remarks *(see, People v Torres,* 121 AD2d 663). Mangano, J. P., Niehoff, Lawrence and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR R. BALL, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Suffolk County (Seidell, J.), imposed October 4, 1983, upon his conviction of sodomy in the first degree, upon his plea of guilty.

Ordered that the judgment is affirmed.

In view of the circumstances, the imposed sentence of 3 to 9 years did not constitute an abuse of the sentencing court's discretion *(see, People v Suitte,* 90 AD2d 80). Moreover, given the fact that the defendant pleaded guilty with the understanding that he would receive this sentence, he has no basis to now complain that the sentence was excessive *(see, People v Kazepis,* 101 AD2d 816). Mollen, P. J., Bracken, Lawrence, Kooper and Sullivan, JJ., concur.